AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 02, 2026

SEAN F. McAVOY, CLERK

SEAN J.
*Plaintiff*
v.
COMMISSIONER OF SOCIAL SECURITY
*Defendant*

Civil Action No. 2:26-CV-00224-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: The parties' Stipulated Motion for Remand, ECF No. 11, is GRANTED. The decision of the Commissioner is reversed and remanded.
Judgment in favor of Plaintiff.

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Stan Bastian

Date: 11/2/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*